UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Claim Numbers: 2010A88788,
2010A88798

CASE NO.: 8:15CV976-SCB-TBM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX PETRO

    Defendant,
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On January 4, 2016, Judge Susan C. Bucklew issued an Order to Show Cause for Lack of Prosecution. Plaintiff submits this Response as answer to the show cause order as to why its complaint should not be dismissed for lack of prosecution.

1. Plaintiff has recent activity on the docket for this action.
2. Plaintiff filed Motion for Default Final Judgment on January 13, 2016. Default Judgment is still pending to be entered.

WHEREFORE, Plaintiff having fully responded to the Order to Show Cause for Lack of Prosecution has shown cause why its complaint should not be dismissed for lack of prosecution.

DATE: January 13, 2016

Respectfully submitted,

By: /s/ Luis F. Navarro
Luis F. Navarro, Esq.
FBN: 629359
Luis F. Navarro, P.A
P.O. Box 34-8530
Coral Gables, FL 33234
Telephone: (305) 424-2625
Facsimile: (305) 424-7803
Email: lou@nhlawpl.com
*Attorney for Plaintiff*
*United States of America*

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served by CM/ECF or the respective mailing address on this 13th day of January, 2016 to all counsel or parties of record on the Service List Below.

                                              Respectfully Submitted:
                                              By: /s/ Luis F. Navarro
                                              Luis F. Navarro, Esq.

Service List:
Alex Petro
13228 Royal George Ave
Odessa, FL 33556