UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No.  8:15-cv-976-T-24 TBM

ALEX PETRO,

        Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Entry of Final Judgment. (Doc. No. 13).  As explained below, the motion is granted.

On April 23, 2015, Plaintiff filed suit against Defendant Alex Petro for defaulting on two student loan debts.  (Doc. No. 1).  In the complaint, Plaintiff alleges that as to loan 2010A88788, Petro owes $78,275.57 in principal, plus accrued interest.  Additionally, Plaintiff alleges that as to loan 2010A88798, Petro owes $14,896.66 in principal, plus accrued interest.  Petro failed to respond to the complaint, and default was entered on October 15, 2015.  (Doc. No. 8).

Plaintiff now moves for default judgment, and it attaches Certificates of Indebtedness for both loans.  (Doc. No. 13-3).  The Certificates of Indebtedness, both dated January 27, 2016, show the following amounts owed by Petro: (1) as to loan 2010A88788, Petro owes $78,275.57 in principal, plus $61,652.14 in accrued interest, for a total of $139,927.71 for this loan; and (2) as to loan 2010A88798, Petro owes $14,896.66 in principal, plus $12,321.65 in accrued interest, for a total of $27,218.31 for this loan.  Accordingly, Plaintiff is entitled to default judgment for the total amount owed for these two loans, which is $167,146.02.

Additionally, Plaintiff seeks an award of $126.95 for the costs of the process server.  The

Court will award Plaintiff these costs.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)     Plaintiff's Motion for Entry of Final Judgment (Doc. No. 13) is **GRANTED**.

(2)     The Clerk is directed to enter judgment in favor of Plaintiff, UNITED STATES

OF AMERICA, and against Defendant, ALEX PETRO, upon the Complaint

herein. Plaintiff shall recover from Defendant, ALEX PETRO, the total amount

owed under loan 2010A88788 and loan 2010A88798, which equals $167,146.02.

Additionally, Plaintiff is awarded $126.95 in statutory costs for the litigation of

this action.

(3)     This judgment shall bear interest at the rate as prescribed by 28 U.S.C. §§2001, et

seq., 28 U.S.C. §§3001-3307, and Fed. R. Civ. P. 69(a).

**DONE AND ORDERED** at Tampa, Florida, this 8th day of February, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2