UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                                                  Case No. 8:15-cv-976-T-24 TBM

ALEX PETRO,

      Defendant.
_____/

## O R D E R

This cause comes before the Court on two motions: (1) Defendant's Claim of Exemption and Request for a Hearing (Doc. No. 31) and (2) Defendant's Motion for Relief under Rule 60(b) and for a Stay under Rule 62(b) (Doc. No. 32). These motions were referred to the United States Magistrate Judge.

This is a student loan case, in which default judgment was entered against Defendant on February 8, 2016. (Doc. No. 14). Defendant now asks the Court to vacate the default judgment because he obtained a conditional discharge of the student loan debt on July 14, 2016, after the default judgment was entered. (Doc. No. 35-4). However, that discharge cannot become a final discharge until July 14, 2019, and only if Defendant meets certain requirements during the three-year monitoring period. (Doc. No. 35-4).

Magistrate Judge McCoun considered the instant motions and has filed his report recommending that: (1) Defendant's Claim of Exemption and Request for a Hearing (Doc. No. 31) be denied as moot; and (2) Defendant's Motion for Relief under Rule 60(b) and for a Stay under Rule 62(b) (Doc. No. 32) be denied without prejudice. (Doc. No. 43). Additionally, he recommends that the Amended Writ of Execution (Doc. No. 24) be dissolved. (Doc. No. 43).

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  Objections to the Magistrate Judge's Report and Recommendation were filed by Defendant.[1]  (Doc. No. 44).

Upon consideration of the Report and Recommendation and Defendant's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Doc. No. 43) should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 43) is adopted and incorporated by reference in this Order of the Court.

(2) Defendant's Claim of Exemption and Request for a Hearing (Doc. No. 31) is **DENIED AS MOOT**.

(3) Defendant's Motion for Relief under Rule 60(b) and for a Stay under Rule 62(b) (Doc. No. 32) is **DENIED WITHOUT PREJUDICE**.

(4) The Amended Writ of Execution (Doc. No. 24) is **DISSOLVED**.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of September, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Thomas B. McCoun, III
Counsel of Record

---

[1] The Court admonishes Defendant for citing a Western District of Missouri case and misrepresenting it to this Court as being a United States Supreme Court case.  (Doc No. 44, p. 8).